IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RICKEY ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:12cv1056-TMH |
| | ) | |
| RYAN CONNER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AND OPINION**

On January 11, 2013, the Magistrate Judge filed a Recommendation in this case to
which no timely objections have been filed.  (Doc. # 6).  Upon an independent review of the
file in this case and upon consideration of the Recommendation of the Magistrate Judge, it
is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be
and is hereby ADOPTED and that this case is DISMISSED without prejudice for plaintiff's
failures to prosecute this action and to comply with the orders of this court.

Done this 28th day of February, 2013.

/s/   Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE